UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/18

---

FEN BIAO CAI, On behalf of themselves and others similarly situated,

        Plaintiff,

v.

SUSHI PARA MANHATTAN, CORP., SUSHI PARA, ANDY ZHANG aka Ding Feng Zhang, SHENG R. DONG, JOHN DOE, and JANE DOE,

        Defendants.

---

JIAN WU, on behalf of himself and others similarly situated

        Plaintiff,

- against -

SUSHI NOMADO OF MANHATTAN, INC. d/b/a Nomado 33, SUSHI PARA 33 CORPORATION d/b/a Nomado 33, SUSHI PARA MANHATTAN, CORP. d/b/a Sushi Para d/b/a Sushi Para (14th Street) d/b/a Sushi Para (Third Avenue) d/b/a Sushi Para 88, WEI LOONG CHAN, WENWU CHEN, ZHOU LIN, SHENG R DONG, and DING FENG ZHANG,

        Defendants.

**ORDER**

18 Civ. 1126 (PGG)
17 Civ. 4661 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        Because the Court granted Defendants' motion to consolidate case number 18 Civ. 1126 and 17 Civ. 4461 under case number 17 Civ. 4661 (see Order (Dkt. No. 50 in 17 Civ.

4461; Dkt. No. 30 in 18 Civ. 1126), the Court of Clerk is directed to close case number 18 Civ. 1126.

Dated: New York, New York
       October 5, 2018

                                      SO ORDERED.

                                      *[signature]*
                                      Paul G. Gardephe
                                      United States District Judge