UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JIAN WU,

                                         Plaintiff,                        17-CV-04661 (MKV)(VF)

            -against-                                     **ORDER**

SUSHI NOMADO OF MANHATTAN, INC. et al,

                                       Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 27, 2022, this case was reassigned to me for general pretrial supervision and to report and recommend on any dispositive motions. The parties are ordered to file a joint letter no later than **May 4, 2022,** providing the Court an update on the status of the case, including a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:    New York, New York
               April 27, 2022

                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge