> Application Granted
> Valerie Figueredo, U.S.M.J.
> DATED: 5-16-2022
> This conference is hereby rescheduled to June 1, 2022 at 2 p.m.

# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

May 16, 2022

*Via* **Ecf**
Hon. Valerie Figueredo. U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: Plaintiffs Request for Adjournment of Conference Scheduled for May 17, 2022 to Alternative Date**
*Wu v. Sushi Nomado of Manhattan, Inc. et al.* 17-cv-4661 (PGG)

Your Honor,

We represent the Plaintiffs in the above-referenced matter. We write respectfully and with the consent of the defendants to request an adjournment of the upcoming conference that the parties have with Your Honor on May 17, 2022 at 02:00 pm. Plaintiffs respectfully request for an adjournment of the conference for the Trial Attorney in this matter, Attorney Aaron Schweitzer will be on trial in another matter on the day of the conference. This is plaintiffs first request and such request will not prejudice any party in the above matter.

On May 10, 2022, Your Honor Ordered that the parties will have a scheduling conference in the above referenced matter on May 17, 2022 at 02:00 pm. Plaintiffs respectfully request for an adjournment for the Trial Attorney handling this case, attorney Aaron Schweitzer, is currently on trial in another matter. Attorney Schweitzer is currently on trial in the matter of 15-cv-05081 *Sanchez Juarez et al. v. 156-40 Grill LLC er al.* in the Eastern District Court in front of Honorable Carol Bagley Amon. Attorney Schweitzer would have the most knowledge on the case at hand for he is the trial attorney for the matter and has been handling the case so plaintiffs would prefer that Attorney Schweitzer attend the conference so should any questions come up regarding the case attorney Schweitzer would be the best to respond.

Plaintiffs emailed defense counsel in the case and they consent to the adjournment and have agreed on the following dates to hold the adjourned conference:

- May 27, 2022 in the afternoon; or
- June 01, 2022 in the afternoon

We thank the Court for its time and consideration in this matter and sincerely apologize for the last-minute request for an adjournment

Respectfully Submitted,

Hon. Valerie Figueredo. U.S.M.J.
United States District Court
*Wu v. Sushi Nomado of Manhattan, Inc. et al.* 17-cv-4661 (PGG)
Page **2** of **2**

                                                  /s/ *John Troy*
                                                    John Troy

Cc: all counsel of record *via* ecf

*JT/gd*