UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JIAN WU,

                       **Plaintiff,**              17-CV-04661 (MKV)(VF)

    -against-                                   **ORDER**

SUSHI NOMADO OF MANHATTAN, INC. et al,

                       **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are ordered to file any motions for summary judgment no later than **Monday, July 18, 2022.** In addition, the parties are ordered to file a joint letter no later than **Monday, August 1, 2022,** providing the Court an update on the status of settlement discussions, including any progress made before the court-referred mediation program.

**SO ORDERED.**

DATED:    New York, New York
                 June 1, 2022

                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge