UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JIAN WU,

                        Plaintiff,                       **17-CV-04661 (VF)**

       -against-                           **ORDER**

SUSHI NOMADO OF MANHATTAN, INC. et al.,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendants are directed to submit their application for an award of reasonable attorney's fees and costs (see ECF No. 143) by **Tuesday, July 5, 2022**, supported by properly authenticated documents evidencing the fees and cost sought, including the attorneys' contemporaneous timesheets and fee agreement, evidence sufficient to determine the reasonableness of counsel's rates, and invoices or similar documentation reflecting any out-of-pocket costs.

**SO ORDERED.**

DATED:     New York, New York
                June 3, 2022

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge