```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIAN WU, and FEN BIAO CAI, on behalf of themselves and other persons similarly situated,

                       Plaintiffs,

                  -against-

SUSHI NOMADO OF MANHATTAN, INC. d/b/a NOMADO 33, SUSHI PARA 33 CORPORATION d/b/a NOMADO 33, SUSHI PARA MANHATTAN, CORP. d/b/a SUSHI PARA, d/b/a SUSHI PARA (14th Street), d/b/a SUSHI PARA (Third Avenue), d/b/a SUSHI PARA 88, WEI LOONG CHAN aka WEI LOON CHAN, WENWU CHEN, ZHOU LIN, SHENG R. DONG, and DING FENG ZHANG

                       Defendants.

17-cv-4661-MKV

TRIAL SCHEDULING
AND LOGISTICS ORDER

MARY KAY VYSKOCIL, United States District Judge:

     On April 10, 2023, the Court entered a Scheduling Order pursuant to which a final pretrial conference was set to be held on May 8, 2023, and trial was set to begin on May 15, 2023. [ECF No. 160]. The Scheduling Order also provided deadlines for the Parties to submit all pretrial materials. [ECF No. 160]. The Parties have informed the Court of conflicts, however, which require an adjournment of those dates and deadlines. [ECF No. 161]. Accordingly, IT IS HEREBY ORDERED that the deadlines for the Parties to submit all pretrial materials are extended by three weeks. IT IS FURTHER ORDERED THAT the trial and final pretrial conference are adjourned *sine die*, with new dates to be provided by separate Order.

     **Failure to comply with deadlines or other terms of this Order may result in sanctions, including preclusion or dismissal of claims or defenses.**

**SO ORDERED.**

**Date:  April 24, 2023**
       **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

2