USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/17/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIAN WU, and FEN BIAO CAI, on behalf of
themselves and other persons similarly
situated,

                              Plaintiffs,

                  -against-

SUSHI NOMADO OF MANHATTAN, INC.
d/b/a NOMADO 33, SUSHI PARA 33
CORPORATION d/b/a NOMADO 33, SUSHI
PARA MANHATTAN, CORP. d/b/a SUSHI
PARA, d/b/a SUSHI PARA (14th Street), d/b/a
SUSHI PARA (Third Avenue), d/b/a SUSHI
PARA 88, WEI LOONG CHAN aka WEI
LOON CHAN, WENWU CHEN, ZHOU LIN,
SHENG R. DONG, and DING FENG
ZHANG

                              Defendants.

17-cv-4661-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On April 10, 2023, the Court entered a Scheduling Order pursuant to which the Parties were to submit their proposed joint pretrial order on or before April 24, 2023. [ECF No. 160]. At the request of the Parties [ECF No. 161], the deadline to submit the proposed joint pretrial order and all other pretrial materials was extended by three weeks. [ECF No. 162]. To date, no such materials have been submitted. Accordingly, IT IS HEREBY ORDERED that, by May 19, 2023, counsel shall file letters explaining why they should not be sanctioned for failing to comply with a court order.

**Counsel and the parties personally are on notice that failure to comply with the Court's orders and Individual Rules may result in sanctions, including monetary sanctions, preclusion of claims and defenses, and dismissal.**

**SO ORDERED.**

**Date:  May 17, 2023**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**