USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2024

LAW OFFICES OF
# Vincent S. Wong
*Attorneys at Law*

**Please Respond To:**
☐ 39 East Broadway, Suite 306
   New York, NY 10002

☑ 6008 8th Avenue
   Brooklyn, NY 11220

Phone: 212.888.0884
Phone: 718.234.8200
Fax: 718.833.1968

♦♦♦

Email: vswlaw@gmail.com
Website: vswlaw.com

January 15, 2024

**Sent Via ECF**
Hon. Mary Kay Vyskocil
500 Pearl Street, Courtroom 18C
New York, NY 10007

      Re:    Wu v. Sushi Nomado of Manhattan, Inc. et al.
              Case No.: 17-cv-04661-MKV-VF
              **REQUEST FOR ADJOURNMENT OF PRE-TRIAL CONFERENCE AND TRIAL SCHEDULED FOR JANUARY 26, 2024 AND JANUARY 29, 2024**

Dear Judge Vyskocil:

    This office represents Defendants Sushi Para 33 Corporation, Sushi Para Manhattan Corp., Zhou Lin, Sheng R. Dong, and Ding Feng Zhang in the above referenced matter. We have also conferred with Counsel for Defendant Wenwu Chen and Counsel for the Plaintiff in writing this letter.

    I am requesting an adjournment of the pre-trial conference currently scheduled for Friday January 26, 2024 and the trial currently scheduled to begin on January 29, 2024 to a date after February 9, 2024. I am requesting this adjournment because I will be engaged in another trial during this time period, in Supreme Court of the State of New York, Kings County, Caption: CHUNG PING LOK et al v SUI YUAN WU; Index # 517928/2017 (also consolidated for trial with Index # 500159/2018), currently scheduled to begin trial on January 24, 2024 and to continue through to February 2, 2024. I can not be at both trials at the same time and as such am making this request to adjourn the pre-trial conference and trial to another date.

Counsel for Defendant Wenwu Chen, consents to this request. Plaintiff's counsel does not consent to this request. Plaintiff's reason for not consenting is because the trial in this case has already been adjourned once, back in November 2023. Defendants would note that the adjournment of the November trial was not at the request of Defendants, and that Defendants appeared ready and willing to proceed on the originally scheduled November trial date.

This is Defendants first request to adjourn these pre-trial conference and trial dates, no prior request for an adjournment of these dates have been made.

We thank Your Honor for your time and consideration in this matter.

Respectfully submitted,

LAW OFFICES OF VINCENT S. WONG

/s/ Michael Brand
Michael Brand, Esq. (MB3303)
Law Offices of Vincent S. Wong
39 East Broadway, Suite 306
New York, NY 10002
P: 212-349-6099

---

**Denied.  SO ORDERED.**

Date: 1/16/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge