UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2024
```

JIAN WU, and FEN BIAO CAI, on behalf of themselves and other persons similarly situated,

      Plaintiffs,

  -against-

SUSHI NOMADO OF MANHATTAN, INC. d/b/a NOMADO 33, SUSHI PARA 33 CORPORATION d/b/a NOMADO 33, SUSHI PARA MANHATTAN, CORP. d/b/a SUSHI PARA, d/b/a SUSHI PARA (14th Street), d/b/a SUSHI PARA (Third Avenue), d/b/a SUSHI PARA 88, WEI LOONG CHAN aka WEI LOON CHAN, WENWU CHEN, ZHOU LIN, SHENG R. DONG, and DING FENG ZHANG

      Defendants.

17-cv-4661-MKV

VERDICT SHEET

1. Did Plaintiff prove by a preponderance of the evidence that any of the following Defendants was his "employer," either directly, as a joint employer, or as part of a "single integrated enterprise?"

| | | |
|---|---|---|
| SUSHI PARA 33 CORPORATION. | Yes: ✓ | No: _____ |
| SUSHI PARA MANHATTAN CORP. | Yes: ✓ | No: _____ |
| ZHOU LIN | Yes: ✓ | No: _____ |
| DING FENG ZHANG | Yes: ✓ | No: _____ |

**If you answered "No" for all Defendants in Question 1, please do not answer any other questions. You are finished. Please turn to the back page, sign, and date the form, and advise the Marshal that you have a verdict. If you answered "Yes" for at least one Defendant, proceed to Question 2.**

1

2. If you answered "Yes" regarding any Defendant in response to Question 1, set forth the dates, if any, that you find Plaintiff's employment started and ended for each Employer. If you find that Plaintiff had more than one term of employment, set forth the start and end date of each term of employment. Note, you need not use each provided space.

Employer: Sushi Para 33 Corporation   Start: Oct 2013   End: Oct 2017
Employer: Sushi Para Manhattan Corp   Start: Oct 2013   End: Oct 2017
Employer: Zhou Lin   Start: Jan 2015   End: March 2015
Employer: Ding Feng Zhang   Start: October 2013   End: October 2017
Employer: ___   Start: ___   End: ___
Employer: ___   Start: ___   End: ___

3. How many "compensable hours" do you find that Plaintiff worked per week? If the number of hours per week changed, please note when it changed and what it changed to:

72 hours per week.

4. Indicate the dollar amount and time unit (e.g., per day, per week, per month, or per year) that Plaintiff was paid for each period of employment that you found in Question 2. Note, you need not use each provided space.

Period of Employment: 2013   $ 638.16 per week (time unit)
Period of Employment: 2014   $ 704.00 per week (time unit)
Period of Employment: 2015   $ 770.16 per week (time unit)
Period of Employment: 2016   $ 792.00 per week (time unit)
Period of Employment: 2017   $ 968.00 per week (time unit)
Period of Employment: ___   $ ___ per ___ (time unit)

2

5. For each period of employment that you found above, what do you find was Plaintiff's "regular rate of pay?" Note, you need not use each provided space.

$ 7.35 per hour from Oct 2012 to Dec 2013

$ 8.00 per hour from Jan 2014 to Dec 2014

$ 8.75 per hour from Jan 2015 to Dec 2015

$ 9.00 per hour from Jun 2016 to Dec 2016

$ 11.00 per hour from Jan 2017 to Oct 2017

$ _____ per hour from _____ to _____

6. Do you find that Defendants failed to pay Plaintiff the applicable "minimum wage" requirement, based on your responses to Question 5, for any period of Plaintiff's employment? If you answer "No" to this question, skip Question 7, and proceed to Question 8.

Yes: ✓     No: ____

7. If you answered "Yes" to Question 6, to the extent Defendants failed to pay Plaintiff the applicable "minimum wage" for any of period of employment, did any Defendant nevertheless act in "good faith?" Note, you need only provide responses for Defendants that you found were Plaintiff's employer in Question 1.

Employer Defendant: Sushi Para 33 Corporation.   Yes: ____   No: ✓

Employer Defendant: Sushi Para Manhattan Corp.   Yes: ____   No: ✓

Employer Defendant: Zhou Lin   Yes: ____   No: ✓

Employer Defendant: Ding Feng Zhang   Yes: ____   No: ✓

Employer Defendant: _____   Yes: ____   No: ____

Employer Defendant: _____   Yes: ____   No: ____

8. Was Plaintiff paid at least 1.5 times the greater of the minimum wage or his "regular rate of pay" for each overtime hour that he worked, if any? If you answer "Yes" to this question, skip Question 9, and proceed to Question 10.

Yes: ____     No: ✓

3

9. If you answered "No" to Question 8, to the extent Defendants failed to pay Plaintiff adequate "overtime" wages, did any Defendant nevertheless act in "good faith?" <u>Note</u>, you need only provide responses for Defendants that you found were Plaintiff's employer in Question 1.

Employer Defendant: Sushi Para 33 Corporation.     Yes: _____     No: __✓__

Employer Defendant: Sushi Para Manhattan Corp.     Yes: _____     No: __✓__

Employer Defendant: Zhou Lin     Yes: _____     No: __✓__

Employer Defendant: Ding Feng Zhang     Yes: _____     No: __✓__

Employer Defendant: _____     Yes: _____     No: _____

Employer Defendant: _____     Yes: _____     No: _____

10. Indicate the number of days per week you find that Plaintiff's "spread of hours" exceeded 10 hours. If the number of days per week changed, please note when it changed and what it changed to:

_____6 days. per week._____

11. If you provided a response for Question 10, was Plaintiff paid at least 1 additional hour's pay at the applicable New York minimum wage for each day his "spread of hours" exceeded ten hours? If you left Question 10 blank, also leave this field blank. If you answer "Yes" to this question, skip Question 12, and you are finished.

Yes: _____     No: __✓__

12. If you answered "No" to Question 11, to the extent Defendants failed to pay Plaintiff adequate "spread of hours" wages, did any Defendant nevertheless act in "good faith?" <u>Note</u>, you need only provide responses for Defendants that you found were Plaintiff's employer in Question 1.

Employer Defendant: Sushi Para 33 Corporation.     Yes: _____     No: __✓__

Employer Defendant: Sushi Para Manhattan Corp     Yes: _____     No: __✓__

Employer Defendant: Zhou Lin     Yes: _____     No: __✓__

4

| | | | |
|---|---|---|---|
| Employer Defendant: Ding Feng Zhang | Yes: _____ | No: ✓ |
| Employer Defendant: _____ | Yes: _____ | No: _____ |
| Employer Defendant: _____ | Yes: _____ | No: _____ |

**You are finished. The foreperson should ensure that each juror agrees with the answer to each question. If so, the foreperson should date and sign below.**

Dated:   Feb  01 , 20 24
         New York, NY

_____
Foreperson