UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JIAN WU and
FEN BIAO CAI,
*on behalf of themselves and other persons similarly situated,*

                              Plaintiffs,     Case No. 17-cv-04661 (MKV)

            v.                        **NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**

SUSHI NOMADO OF MANHATTAN, INC.
    d/b/a Nomado 33,
SUSHI PARA 33 CORPORATION
    d/b/a Nomado 33,
SUSHI PARA MANHATTAN, CORP.
    d/b/a Sushi Para
    d/b/a Sushi Para (14th Street)
    d/b/a Sushi Para (Third Avenue)
    d/b/a Sushi Para 88,
WEI LOONG CHAN
    a/k/a Wei Loon Chan,
WENWU CHEN,
ZHOU LIN,
SHENG R. DONG, and
DING FENG ZHANG
    a/k/a Andy Zhang,

                              Defendants.
------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the declaration of John Troy, Plaintiffs' Memorandum of Law, and all prior papers and proceedings herein, Plaintiff hereby moves this Court before the Honorable Mary Kay Vyskocil, United States District Judge, in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an award of attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d), 29 U.S.C. § 216(b), and N.Y. Lab. L. §§ 198.1-a and 663.1.

Dated: Flushing, NY
       February 15, 2024

                                          Respectfully submitted,
                                          TROY LAW, PLLC

_/s/ John Troy_
John Troy
Aaron B. Schweitzer
41-25 Kissena Boulevard
Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
troylaw@troypllc.com
*Attorneys for Plaintiffs*
