UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

JIAN WU, and FEN BIAO CAI, on behalf of themselves and other persons similarly situated,

                       Plaintiffs,

               -against-

SUSHI NOMADO OF MANHATTAN, INC. d/b/a NOMADO 33, SUSHI PARA 33 CORPORATION d/b/a NOMADO 33, SUSHI PARA MANHATTAN, CORP. d/b/a SUSHI PARA, d/b/a SUSHI PARA (14th Street), d/b/a SUSHI PARA (Third Avenue), d/b/a SUSHI PARA 88, WEI LOONG CHAN aka WEI LOON CHAN, WENWU CHEN, ZHOU LIN, SHENG R. DONG, and DING FENG ZHANG

                     Defendants.

</td><td>

17-cv-4661-MKV

ORDER

</td></tr>
</table>

MARY KAY VYSKOCIL, United States District Judge:

On February 8, 2024, Plaintiff Cai's counsel filed a Motion for Default Judgment as to Defendants Sushi Nomado of Manhattan Inc. and Wei Loong Chan. [ECF Nos. 198–201]. However, the following day, Plaintiff's counsel was notified via ECF that the Proposed Order to Show Cause filed in connection with Plaintiff's Motion for Default Judgment was "deficient for the following reason(s): Premature filing; Clerk's Certificate of Default not obtained." [*See* ECF No. 201]. To date, Plaintiff's counsel has not rectified the deficiency. Accordingly, IT IS HEREBY ORDERED that **on or before March 1, 2024**, Plaintiff shall properly file its Motion for Default Judgment against Defendants Sushi Nomado of Manhattan Inc. and Wei Loong Chan.

**Plaintiff is cautioned that failure to comply with the deadlines set forth herein and any other orders in this case, the local rules, or the Court's Individual Rules of Practice may**

result in sanctions, including monetary penalties, or preclusion and/or dismissal of claims or defenses.

Date:   February 20, 2024
      New York, NY

                                   **MARY KAY VYSKOCIL**
                                   **United States District Judge**