UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JIAN WU, and FEN BIAO CAI, on behalf of
themselves and other persons similarly
situated,

                        Plaintiff,

-against-                                          17 **CIVIL** 4661 (MKV)

## JUDGMENT

SUSHI NOMADO OF MANHATTAN, INC.
d/b/a NOMADO 33, SUSHI PARA 33
CORPORATION d/b/a NOMADO 33, SUSHI
PARA MANHATTAN, CORP. d/b/a SUSHI
PARA, d/b/a SUSHI PARA (14th Street), d/b/a
SUSHI PARA (Third Avenue), d/b/a SUSHI
PARA 88, WEI LOONG CHAN aka WEI
LOON CHAN, WENWU CHEN, ZHOU LIN,
SHENG R. DONG, and DING FENG
ZHANG,

                        Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 15, 2024, and for the reasons stated on the trial record, the Court GRANTED the mid-trial Rule 50(a) motions made by Defendants Wenwu Chen and Sheng R. Dong at the close of Plaintiff's case. Accordingly, all claims against those Defendants are hereby DISMISSED WITH PREJUDICE. Judgment is entered in favor of Defendants Wenwu Chen and Sheng R. Dong.

**Dated:**  New York, New York

      March 1, 2024

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                                **Clerk of Court**

                                   **BY:**     *K. Mango*
                                                         _____
                                                               **Deputy Clerk**