**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JIAN WU, and FEN BIAO CAI, on behalf of
themselves and other persons similarly situated,

                Plaintiffs,                17 **CIVIL** 4661 (MKV)

    -against-                              **JUDGMENT**

SUSHI NOMADO OF MANHATTAN, INC. d/b/a
NOMADO 33, SUSHI PARA 33 CORPORATION
d/b/a NOMADO 33, SUSHI PARA MANHATTAN,
CORP. d/b/a SUSHI PARA, d/b/a SUSHI PARA (14th
Street), d/b/a SUSHI PARA (Third Avenue), d/b/a
SUSHI PARA 88, WEI LOONG CHAN aka WEI
LOON CHAN, WENWU CHEN, ZHOU LIN,
SHENG R. DONG, and DING FENG ZHANG,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 30, 2024, the Court accordingly ADOPTS the Report and Recommendation IN LARGE PART, modifying the recommended award of liquidated damages solely to account for the increase in minimum wage adopted by New York State effective on the final day of December 2016. Specifically, Plaintiff is entitled to an award of liquidated damages in the amount of $11,498.10, with pre-judgment interest on that amount at 9% interest from October 16, 2015, until the date that judgment is entered amounting to $9,103.66. It is further ordered that Plaintiff be awarded post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth

in 28 U.S.C. § 1961. Finally, Plaintiff is awarded $51,463.31 in attorneys' fees and costs in the amount of $4,521.15. Accordingly, the case is closed.

**Dated:**  New York, New York

July 31, 2024

                                                              **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

**BY:** _____

                                                       **Deputy Clerk**